

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-20-00070-CV

**THE CITY OF FLORESVILLE**; Marissa Ximenez, in her official capacity as City of Floresville Council Member, Place 1; Gloria E. Martinez, in her official capacity as City of Floresville Council Member, Place 2; Juan Ortiz, in his official capacity as City of Floresville Council Member, Place 3; Gerard Jimenez, in her official capacity as City of Floresville Council Member, Place 4; Gloria Morales Cantu, in her official capacity as City of Floresville Council Member, Place 5; and Monica Veliz, in her official capacity as the City of Floresville City Secretary
Appellants

v.

Cecilia 'Cissy' **GONZALEZ-DIPPEL,** in her official capacity as Mayor of the City of Floresville, Nick Nissen, David Johns and Paul W. Sack,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW1912897
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Panel:      Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Appellants' emergency motion for stay is granted. We ORDER all proceedings in the trial court, including the effect of and any enforcement of the trial court's Order Granting Temporary Injunction, signed January 31, 2020, are stayed pending further order of this court.

Entered on this 3rd day of February, 2020.

**PER CURIAM**

Attested to: _____
Michael A. Cruz,
Clerk of Court